THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* CHARLES BIHLER, Appellant.

*People* v. *Bihler*, 154 App. Div. 618, affirmed.
(Argued February 2, 1914; decided February 24, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 10, 1913, which affirmed a judgment of the
Court of General Sessions of the Peace in the county of
New York rendered upon a verdict convicting the defend-
ant of the crime of publishing a libel.

*William N. Cohen, Edmund Bittiner* and *K. Henry
Rosenberg* for appellant.

*Charles S. Whitman, District Attorney (Robert S.
Johnstone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting:
MILLER, J.